**PEREZ LAW GROUP, PLLC**
Cristina Perez Hesano (#027023)
7508 N. 59th Avenue
Glendale, AZ 85301
(602) 730-7100
Cperez@perezlawgroup.com

**FEDERMAN & SHERWOOD**
William B. Federman (admitted *pro hac vice*)
Wbf@federmanlaw.com
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com

**FREEMAN MATHIS & GARY, LLP**
Megan E. Ritenour (SBN 034677)
4343 N. Scottsdale Road, Suite 150
Scottsdale, AZ 85251
(602) 805-9564
megan.ritenour@fmglaw.com

David A. Cole (admitted *pro hac vice*)
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000
dcole@fmglaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL DAVILA**, et al., | |
| Plaintiff, | Civil Action No. 2:23-cv-01098-PHX-SRB |
| v. | |
| **NEW ENCHANTMENT GROUP, LLC**, | **JOINT REPORT ON SETTLEMENT** |
| Defendant. | |

1

Pursuant to the Case Management Order entered by the Court on May 16, 2024, (ECF No. 29), the parties hereby file this Joint Report on Settlement to notify the Court of their settlement of this matter, respectfully showing as follows:

1. In its Case Management Order, the Court instructed the parties to meet face-to-face and engage in good-faith settlement talks by no later than August 30, 2024, and to then file with the Court a joint report on the outcome of such talks.

2. On August 15, 2024, the parties mediated this case via Zoom with mediator The Honorable David E. Jones (retired) of Resolute Systems, LLC, and reached a settlement agreement in principle as to the terms and conditions of relief to the putative class in this matter.

3. After the mediation, the parties continued settlement negotiations directly between themselves and through the assistance of Judge Jones (including additional face-to-face meetings via Zoom) and reached a settlement agreement in principle as to the remaining terms of settlement, including an award of attorney's fees and costs and service award to the representative plaintiff, which were negotiated independently from the relief to the putative class.

4. The parties are currently preparing a written settlement agreement with all terms of their agreement, which they anticipate completing and filing with the Court in a motion for preliminary approval under Fed. R. Civ. P. 23(e) within the next 30 days.

5. In the interim, the parties have stipulated and agreed to stay any further discovery in this action, including any existing deadlines to respond to previously served interrogatories, requests for production of documents, and requests for admission, pending completion of their settlement agreement and the Court's ruling on their forthcoming motion for preliminary approval.

Respectfully submitted this 9th day of September, 2024.

          */s/ Kennedy M. Brian*
William B. Federman
(admitted *pro hac vice*)
Kennedy M. Brian
(admitted *pro hac vice*)
wbf@federmanlaw.com
kpb@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560

*Attorneys for Plaintiffs*


          */s/ David A. Cole*
David A. Cole (*admitted pro hac vice*)
dcole@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000

Megan E. Ritenour (SBN 034677)
megan.ritenour@fmglaw.com
4343 N. Scottsdale Road, Suite 150
Scottsdale, AZ 85251
(602) 805-9564

*Attorneys for Defendants*