# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Davila, | No. CV-23-01098-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| New Enchantment Group LLC, | |
| Defendant. | |

The Court has reviewed the Parties' Joint Report on Settlement advising the Court that this case has settled. (Doc. 30).

IT IS ORDERED that counsel file the Motion for Preliminary Approval of Class Action Settlement within 30 days from the date of this Order.

Dated this 10th day of September, 2024.

Susan R. Bolton
United States District Judge